O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>         Plaintiff,<br>    v.<br><br>7-ELEVEN, INC.; GETTY LEASING, INC.; CALIFORNIA LEASING, INC.; U.S.R.P. HOLDING CORP., INC.; BALWINDER SINGH; and PRITPAL KAUR BAINS,<br><br>         Defendants. | Case No. 2:12-cv-01487-ODW(Ex)<br><br>**ORDER VACATING PRETRIAL DATES** |

The Court has received Defendants' Notice of Filing of Rule 68 Offer of Judgment and Acceptance Thereof.  (ECF No. 27.)  Accordingly, the Court hereby **VACATES** all outstanding dates in this matter.  Defendants shall file a proposed judgment consistent with its accepted offer no later than Monday, December 17, 2012.

**IT IS SO ORDERED.**

December 3, 2012

_____
            **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**